UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GUIDING HANDS SCHOOL, INC., et al.,<br><br>            Defendants. | No. 2:20-cv-00635-DJC-CSK<br><br>**ORDER** |

In accordance with the Court's prior order (ECF No. 338) and the parties' Joint Statement indicating the appropriate parties to be severed (ECF No. 339) IT IS HEREBY ORDERED that the claims of the Langley Defendants are severed from this action. A new case shall be opened for this action. It shall be marked as related to this action and assigned to the undersigned and Magistrate Judge Chi Soo Kim. The Third Amended Complaint of this action (ECF No. 126) shall be transferred to the new action to serve as the operative complaint.[1]

The following individuals shall be designated as Plaintiffs in the newly created action:

- Plaintiff Estate of Max Benson
- Plaintiff Stacia Langley

---

[1] Only the claims of the severed Plaintiffs shall be the active claims in the severed action

1    • Plaintiff David Benson

2    Additionally, the following individuals shall be designated as Defendants in the
3    newly created action:

4    • Defendant Guiding Hands School, Inc. (GHS)
5    • Defendant California Department of Education (CDE)
6    • Defendant Davis Joint Unified School District (DJUSD)
7    • Defendant Handle With Care Behavior Management System, Inc. (HWC)
8    • Defendant Yolo County Special Education Local Plan Area (YOLO SELPA)
9    • Defendant Yolo County Office of Education (YOLO COE)
10   • Defendant Kimberly Wohlwend
11   • Defendant Betty Morgan
12   • Defendant Jill Watson
13   • Defendant Le'Mon Thomas
14   • Defendant David Chambers
15   • Defendant Jennifer Galas
16   • Defendant Patrick McGrew
17   • Defendant Riley Chessman
18   • Defendant Sharon Holstege
19   • Defendant Carolynne Beno
20   • Defendant Staranne Meyers
21   • Defendant Cindy Keller
22   • Defendant Jennifer Christenson
23   • Defendant Nima Naran

24   The following individuals shall be terminated as parties to the present action:

25   • Estate of Max Benson
26   • Stacia Langley
27   • David Benson
28   • Jennifer Galas

2

- Betty Morgan
- Jill Watson
- Le'mon Thomas
- Yolo County SELPA
- Davis Joint Unified School District
- Patrick McGrew
- Riley Chessman
- Sharon Holstege
- Carolynne Beno
- Yolo County Office of Education

All other parties not expressly listed above as terminated from this action shall remain parties to the present action.

IT IS SO ORDERED.

Dated: **February 25, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3