**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Drew F. Teti (SBN 267641)
240 Tamal Vista Blvd., Ste. 100
Corte Madera, CA 94925
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
dteti@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, ESTATE OF MAX BENSON, and DAVID BENSON,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc. et al.<br><br>Defendants. | **Case No. 2:25-cv-00670-DJC-CSK**<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO MOVE FOR LEAVE TO AMEND**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**TAC Filed Date: April 30, 2021**<br><br>**Trial Date: Not yet set (stayed)** |

The Court, having reviewed the Parties' stipulation dated March 5, 2025, and good cause appearing therefore, hereby approves of the stipulation. Plaintiffs' deadline to file a Motion for Leave to Amend is hereby extended from March 7, 2025 (see Dkt. 338) to March 28, 2025.

**IT IS SO ORDERED.**

Dated:  March 13, 2025         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE