# UNITED STATES DISTRICT COURT

Eastern    **District of**    California

STACIA LANGLEY, et al.
                                    Plaintiff (s),

V.

GUIDING HANDS SCHOOL, INC., et al.
                                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:25-cv-670-DJC-CSK

Notice is hereby given that, subject to approval by the court,     DAVID BENSON     substitutes
                                                                (Party (s) Name)

Joshua K. Helm, Esq.     , State Bar No.     306608     as counsel of record in place
        (Name of New Attorney)

place of    Stephen J. Estey, Esq.                                                    .
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Ellis Helm, APC

Address:     13520 Evening Creek Drive N, Suite 360, San Diego, CA  92128

Telephone:     619-291-123          Facsimile  619-232-2116

E-Mail (Optional):

I consent to the above substitution.                            David Benson

Date:     3/27/25                                    /s/ David Benson
                                                    (Signature of Party (s))

I consent to being substituted.                            Stephen J. Estey, Esq.

Date:     3/27/25                                    /s/ Stephen J. Estey
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     3/27/25                                    /s/ Joshua K. Helm
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     4/2/2025                                    /s/ Daniel J. Calabretta
                                                    United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**