**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Drew F. Teti (SBN 267641)
240 Tamal Vista Blvd., Ste. 100
Corte Madera, CA 94925
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
dteti@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

**ELLIS HELM, APC**
BRIAN C. ELLIS (SBN 248298)
JOSHUA K. HELM (SBN 306608)
13520 EVENING CREEK DR. N., STE. 360
SAN DIEGO, CA 92128
BRIAN@ELLISHELM.COM
JOSHUA@ELLISHELM.COM

**ATTORNEYS FOR PLAINTIFF**
David Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, ESTATE OF MAX BENSON, and DAVID BENSON,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc. et al.<br><br>Defendants. | **Case No. 2:25-cv-00670-DJC-CSK**<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT KIMBERLY WOHLWEND**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**Trial Date: Not yet set (stayed)** |

*Langley v. Guiding Hands Schools, Inc. et al.*
Case No. 2:25-cv-00670-DJC-CSK            1            Stipulation and Order Dismissing GHS
Individual Defendants

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **RECITALS**

WHEREAS, Plaintiffs Estate of Max Benson, Stacia Langley, and David Benson have filed this survivor and wrongful death action arising out of the death of Max Benson ("M.B.");

WHEREAS, Plaintiffs have named Defendant Kimberly Wohlwend, amongst other Defendants;

WHEREAS, Plaintiffs desire to streamline the litigation by dismissing certain Defendants and withdrawing certain legal theories, without prejudice to seeking leave to add these Defendants or legal theories back into the action if discovery later reveals that they may be liable for Plaintiffs' injuries as alleged in this action;

WHEREAS, counsel for Plaintiffs have met and conferred with counsel for the Wohlwend, and these Parties have reached agreement on the terms under which this Defendant might be dismissed from this action without prejudice.

WHEREFORE, the Parties stipulate and agree as follows:

1.    Kimberly Wohlwend should be dismissed as a Defendant in this action, without prejudice;

2.    Nothing about this stipulation precludes Plaintiff from seeking leave to amend the operative Complaint to re-name Wohlwend if discovery later reveals grounds to do so. Conversely, nothing about this stipulation precludes Wohlwend from opposing any such motion for leave to amend.

3.    In the event the Court later grants a motion by Plaintiff for leave to amend that permits Plaintiff to re-name Wohlwend as a Defendant, the Parties agree that any and all applicable statute(s) of limitation shall be deemed equitably tolled during the period of Wohlwend's dismissal from this litigation, as though no such dismissal had occurred. Plaintiffs agree that, if the Court permits Wohlwend to be re-named within six months of the trial date, Plaintiffs will not oppose any request by Wohlwend to continue the trial date in order to permit her further time to prepare a defense; and

///

*Langley v. Guiding Hands Schools, Inc. et al.*
Case No. 2:25-cv-00670-DJC-CSK                    2                    Stipulation and Order Dismissing GHS
Individual Defendants

1

4.      Unless Wohlwend is later re-named as a Defendant in this action, Plaintiffs

2

and Wohlwend hereby agree to bear their own costs and attorney's fees

3

incurred in this action.

4

5    **IT IS SO STIPULATED.**

6

7    Dated: March 28, 2025                       COLLIER LAW FIRM, LLP

8                                                    /s/ Dustin L. Collier
                                                    Dustin L. Collier

9                                                   Drew F. Teti
                                                    Attorneys for Plaintiffs

10                                                  ESTATE OF MAX BENSON
                                                    STACIA LANGLEY

11

12   Dated: March 28, 2025                       ELLIS HELM, APC

13                                                   /s/ Joshua K. Helm
                                                    Brian C. Ellis

14                                                  Joshua K. Helm
                                                    Attorneys for Plaintiff

15                                                  DAVID BENSON

16

17   Dated: March 28, 2025                       LEVANGIE LONG LOORZ

18                                                   /s/ Jeffrey C. Long
                                                    Jeffrey C. Long

19                                                  Attorney for Defendant
                                                    KIMBERLY WOHLWEND

20

21

22

23

24

25

26

27

28

1

## ORDER

2      The Court, having reviewed the Parties stipulation set forth above, and good

3   cause appearing therefore, hereby orders as follows:

4      1.    Defendant Kimberly Wohlwend is hereby dismissed from this action without

5            prejudice.

6      2.    If discovery later reveals grounds to do so, Plaintiff may seek leave to

7            amend the operative Complaint to re-name Wohlwend as a Defendant, and

8            Wohlwend may oppose any such motion.

9      3.    In the event the Court later grants a motion by Plaintiff for leave to amend

10           that permits Plaintiff to re-name Wohlwend as a Defendant, any and all

11           applicable statute(s) of limitation shall be deemed to have been equitably

12           tolled during the period of Wohlwend's dismissal from this litigation, as

13           though no such dismissal had occurred; and

14     4.    Unless Wohlwend is later re-named as a Defendant in this action, Plaintiffs

15           and Wohlwend shall each bear their own costs and attorney's fees incurred

16           in this action.

**IT IS SO ORDERED.**

17

18   Dated:  April 2, 2025                    /s/ Daniel J. Calabretta

19                                           THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

*Langley v. Guiding Hands Schools, Inc. et al.*     4     Stipulation and Order Dismissing GHS
Case No. 2:25-cv-00670-DJC-CSK                             Individual Defendants