**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Drew F. Teti (SBN 267641)
240 Tamal Vista Blvd., Ste. 100
Corte Madera, CA 94925
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
dteti@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

**ELLIS HELM, APC**
BRIAN C. ELLIS (SBN 248298)
JOSHUA K. HELM (SBN 306608)
13520 EVENING CREEK DR. N., STE. 360
SAN DIEGO, CA 92128
BRIAN@ELLISHELM.COM
JOSHUA@ELLISHELM.COM

**ATTORNEYS FOR PLAINTIFF**
David Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, ESTATE OF MAX BENSON, and DAVID BENSON,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc. et al.<br><br>Defendants. | **Case No. 2:25-cv-00670-DJC-CSK**<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**Trial Date: Not yet set (stayed)** |

**RECITALS**

WHEREAS, on February 25, 2025, this action was severed from Case No. 2:20-cv-0635 by Order of the Court;

WHEREAS, on February 27, 2025, the Court granted Plaintiff twenty-one days to file a motion for leave to amend the Complaint (*See* ECF No. 4);

WHEREAS, the Parties later stipulated to extend the deadline for Plaintiff's motion for leave to amend the complaint to March 28, 2025, a stipulation the Court approved March 5, 2025 (See ECF Nos. 5-7);

WHEREAS, counsel for all Parties have met and conferred regarding the [Proposed] Fourth Amended Complaint Plaintiff has prepared, reaching an agreement that obviates the need for a motion regarding the matter;

WHEREFORE, the Parties stipulate and agree as follows:

1. Plaintiffs Estate of Max Benson, Stacia Langley, and David Benson shall be granted leave to file the [Proposed] Fourth Amended Complaint in the form filed concurrently herewith; and

2. Nothing about this stipulation waives the right of any Defendant to attack the newly amended pleading by way of a Rule 12 motion, or on any other lawful grounds they may deem fit. Nor does this stipulation waive any rights the Plaintiffs may have to oppose any such pleading attack.

3. The Parties agree that any Rule 12 motion(s) Defendants may seek to file remain subject to the Court's stay at this time, unless and until the Court orders otherwise. When the stay is lifted, Plaintiffs agree and the Parties hereby stipulate to extend the fourteen (14) day deadline for Defendants to respond to the Fourth Amended Complaint set forth in Federal Rule of Civil Procedure 15(a)(3). In this regard, Defendants shall have twenty-one (21) days to respond to the Fourth Amended Complaint instead.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 3, 2025 | COLLIER LAW FIRM, LLP |
| 2 | | |
| 3 | | __/s/ Dustin L. Collier_____<br>Dustin L. Collier |
| 4 | | Drew F. Teti<br>Attorneys for Plaintiffs |
| 5 | | ESTATE OF MAX BENSON and<br>STACIA LANGLEY |
| 6 | | |
| 7 | Dated: April 3, 2025 | ELLIS HELM, APC |
| 8 | | |
| 9 | | __/s/ Joshua K. Helm_____ |
| 10 | | Joshua K. Helm<br>Attorneys for Plaintiff |
| 11 | | DAVID BENSON |
| 12 | Dated: April 3, 2025 | SPINELLI, DONALD, & NOTT |
| 13 | | |
| 14 | | __/s/ Domenic D. Spinelli___<br>Domenic D. Spinelli |
| 15 | | Ross R. Nott<br>Attorneys for Defendant |
| 16 | | DAVIS JOINT UNIFIED SCHOOL<br>DISTRICT |
| 17 | | |
| 18 | Dated: April 3, 2025 | SIMS, LAWRENCE, & BROGHAMMER |
| 19 | | _/s/ Sharonrose Cannistraci_ |
| 20 | | Cynthia Lawrence<br>Sharonrose Cannistraci |
| 21 | | Attorney for Defendant<br>GUIDING HANDS SCHOOL, INC. |
| 22 | | |
| 23 | Dated: April 3, 2025 | JOHNSON, SCHACTER, & LEWIS |
| 24 | | __/s/ Jason Sherman_____ |
| 25 | | Jason Sherman<br>Attorney for Defendants |
| 26 | | YOLO COUNTY SELPA/COE |
| 27 | | |
| 28 | /// | |

| | | |
|---|---|---|
| 1 | Dated: April 3, 2025 | CALIFORNIA DEPT. OF EDUCATION |
| 2 | | __/s/ Leonard Garfinkel_____ |
| 3 | | Leonard Bruce Garfinkel<br>Angelique Huttonhill |
| 4 | | Attorney for Defendant<br>CALIFORNIA DEPARTMENT OF |
| 5 | | EDUCATION |

**ORDER**

The Court, having reviewed the Parties stipulation set forth above, and good cause appearing therefore, hereby orders as follows:

1. Plaintiffs Estate of Max Benson, Stacia Langley, and David Benson shall be granted leave to file the [Proposed] Fourth Amended Complaint in the form filed concurrently herewith. It shall be filed within ten (10) days of the date of this Order; and

2. Nothing about this stipulation waives the right of any Defendant to attack the newly amended pleading by way of a Rule 12 motion, or on any other lawful grounds they may deem fit. Nor does this stipulation waive any rights the Plaintiffs may have to oppose any such pleading attack.

3. The stay remain in effect as to any Rule 12 motions unless and until the Court orders otherwise. Once the stay is lifted, Defendants shall file their response to the Fourth Amended Complaint within twenty-one (21) days.

**IT IS SO ORDERED.**

Dated:  April 4, 2025                        /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE