**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Drew F. Teti (SBN 267641)
110 East Blithedale Ave., Suite B
Mill Valley, CA 94941
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
dteti@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAX BENSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, Inc., et al., <br><br> Defendants. | **Case No. 2:25-cv-00670- DJC-CSK** <br><br><br> **REQUEST AND JOINT STIPULATION TO LIFT STAY AND SET RULE 26(f) CONFERENCE** |

Plaintiffs Stacia Langley and the Estate of Max Benson ("Langley Plaintiffs") and Plaintiff David Benson (collectively, "Plaintiffs"), and Defendants Guiding Hands Schools, Inc., California Department of Education, Davis Joint Unified School District, Yolo County Special Education Local Plan Area, and Yolo County Office of Education (collectively, "Defendants") (together, collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs and Defendants are parties to the above-captioned civil case concerning the death of Max Benson;

**WHEREAS**, this matter was stayed pending the prosecution of a parallel criminal matter in the Superior Court of California, County of El Dorado, that named as defendants certain persons and an entity that were or are party to this case (*see* Case No. 2:20-cv-00635-DJC-CSK, ECF Nos. 234, 294; *Superior Court of California, County of El Dorado*, Case Nos. 22CR1447, 22CR1447A, 22CR1447B, and 22CR1447C);

**WHEREAS**, the parallel criminal matter concluded on August 8, 2025;

**WHEREAS,** the Parties to this matter met and conferred during the week of September 8 through September 12, 2025, to discuss the readiness of this matter for resumed litigation following the resolution of the criminal proceedings;

**WHEREAS**, the Langley Plaintiffs inquired of counsel for all Parties whether they were willing to stipulate to a request to lift the Court's order staying this matter;

**WHEREAS,** counsel for all Parties stipulated to lifting the stay by electronic communication with the Langley Plaintiffs;

**WHEREAS,** this Court directed the Parties to file a joint status report indicating whether this stay should be lifted following resolution of the criminal matter (Case No. 2:20-cv-00635-DJC-CSK, ECF No. 234 at 5) and in granting Plaintiffs leave to file a Fourth Amended Complaint further ordered that "The stay remain in effect as to any Rule 12 motions unless or until the Court orders otherwise. Once the stay is lifted, Defendants shall file their response to the Fourth Amended Complaint within twenty-one (21) days," (Case No. 2:25-cv-00670, ECF No. 24 at 5);

*Estate of Benson, et al. v. Guiding Hands School, Inc., et al.*
(Case No. 2:25-cv-00670-DJC-KJN)
Request and Joint Stipulation to Lift Stay and Set Rule 26(f) Conference

**WHEREAS,** more than 30 days have passed since the criminal proceedings terminated on August 8, 2025;

**WHEREFORE**, it is agreed and stipulated by the Parties that:

1. The stay in this matter should be lifted;
2. The Court set a Rule 26(f) Conference to discuss the setting of deadlines for initial disclosures, a trial date, and all discovery related deadlines; and
3. Parties will resume litigation upon order of the Court.

**IT IS SO STIPULATED.**

Dated:  October 3, 2025                            Respectfully submitted,

/s/ Drew F. Teti
Dustin L. Collier
Drew F. Teti

Dated:  October 3, 2025                            **ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

/s/ Joshua Helm
Joshua Helm
**ATTORNEY FOR PLAINTIFF**                         Dated:  October 3, 2025
**DAVID BENSON**
The Ellis Firm                                     /s/ Colin Nystrom
                                                   Carl Fessenden
                                                   Colin Nystrom
Dated:  October 3, 2025                            Jennifer L. Thompson
                                                   **ATTORNEYS FOR DEFENDANT**
/s/ Sharonrose Cannistraci                         **DAVIS JOINT UNIFIED SCHOOL DISTRICT**
Blaze Van Dine                                     Porter Scott
Cynthia Gill Lawrence
Sharonrose Cannistraci
**ATTORNEYS FOR DEFENDANT**                        Dated:  October 3, 2025
**GUIDING HANDS SCHOOL, INC.**
Sims, Lawrence & Broghammer                        /s/ Jason Sherman
                                                   Jason M. Sherman
                                                   **ATTORNEY FOR DEFENDANTS**
Dated:  October 3, 2025                            **YOLO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**

/s/ Angelique Huttonhill                           **YOLO COUNTY OFFICE OF EDUCATION**
Len Garfinkel                                      Johnson Schachter & Lewis
Paul Gant
Angelique Huttonhill
**ATTORNEYS FOR DEFENDANT CALIFORNIA DEPARTMENT OF EDUCATION**
California Department of Education

*Estate of Benson, et al. v. Guiding Hands School, Inc., et al.*
(Case No. 2:25-cv-00670-DJC-KJN)
Request and Joint Stipulation to Lift Stay and Set Rule 26(f) Conference

**ORDER GRANTING STIPULATED REQUEST TO LIFT STAY**

Upon review and consideration of the Request and Joint Stipulation to Lift Stay and Set Rule 26(f) Conference, and for good cause appearing, the stay of this proceeding is hereby lifted. The parties shall file a joint status report pursuant to this Court's Initial Case Management Order within fourteen (14) days.

**IT IS SO ORDERED.**

Dated:  October 3, 2025                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE

*Estate of Benson, et al. v. Guiding Hands School, Inc., et al.*
(Case No. 2:25-cv-00670-DJC-KJN)
Request and Joint Stipulation to Lift Stay and Set Rule 26(f) Conference