**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Drew F. Teti (SBN 267641)
Susan L. Macek (SBN 350292)
110 East Blithedale Ave., Suite B
Mill Valley, CA 94941
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
dteti@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAX BENSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, Inc., et al., <br><br> Defendants. | **Case No. 2:25-cv-00670- DJC-CSK** <br><br><br> **JOINT STIPULATION AND ORDER TO EXTEND TIME AND PAGE LIMITS RELATED TO RULE 12 MOTIONS** |

Plaintiffs Stacia Langley and the Estate of Max Benson, and Plaintiff David Benson (collectively, "Plaintiffs"), and Defendants Guiding Hands Schools, Inc., California Department of Education, Davis Joint Unified School District, Yolo County Special Education Local Plan Area, and Yolo County Office of Education (collectively, "Defendants") (together, collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, this matter was stayed pending the prosecution of a parallel criminal case in the Superior Court of California, County of El Dorado (*see* Case No. 2:20-cv-00635-DJC-CSK, ECF Nos. 234, 294);

**WHEREAS**, the Court signed an Order lifting the stay in this matter on October 3, 2025, which was docketed October 6, 2025 (ECF No. 38);

**WHEREAS,** the Court's Order also directed the Parties to submit a Joint Status Report within fourteen (14) days (*id.*);

**WHEREAS**, counsel for the Parties met and conferred by videoconference on October 15 and 16, 2025, to discuss the Joint Status Report;

**WHEREAS**, the Joint Status Report requires the Parties to address anticipated and dispositive motions, including proposed schedules;

**WHEREAS**, Defendants' deadline to file Rule 12 motions previously was extended to twenty-one (21) days (ECF No. 24 at 5), making the current deadline October 27, 2025;

**WHEREAS**, pursuant to Local Rule 230, Plaintiffs' opposition would be due fourteen (14) days after Defendants' motions are filed, and replies would be due ten (10) days after any opposition is filed;

**WHEREAS**, counsel for the Parties have conferred and agreed that good cause exists to extend these deadlines due to scheduling conflicts, the number of issues to be briefed, and the complexity of the issues involved;

**WHEREAS**, Defendants will each be filing a motion, equaling four motions total, and Plaintiffs will be responding to each;

**WHEREAS**, in light of these circumstances, counsel for the Parties agree to extend Defendants' time to file their motions by an additional fourteen (14) days from the previously agreed twenty-one (21) days, making the new deadline November 10, 2025;

**WHEREAS**, the Parties further agree to extend Plaintiffs' time to respond to forty (40) days after Defendants' motions are filed, making the opposition deadline December 22, 2025 (December 20, 2025, being a Saturday);

**WHEREAS**, Parties agree to extend Defendants' time to reply to eighteen (18) days after Plaintiffs' opposition, making replies due no later than January 9, 2026;

**WHEREAS**, these extensions will not affect or require rescheduling of any other events in this case;

**WHEREAS,** the Court's Standing Order in Civil Cases permits twenty-five (25) pages for moving and opposition briefs;

**WHEREAS,** Parties agree that good cause exists to request an extension of page limits given the number and complexity of issues to be briefed;

**WHEREAS**, the Parties jointly request that the page limits for both Defendants' moving briefs and for Plaintiffs' responses be extended by five (5) pages to thirty (30) pages total;

**NOW, THEREFORE**, subject to the Court's approval, it is hereby agreed and stipulated by the Parties, through their counsel of record, that:

1. Defendants' deadline to file Rule 12 motions is extended to no later than November 10, 2025;
2. Plaintiffs' deadline to respond to the motions is extended to no later than December 22, 2025;
3. Defendants' deadline to reply is extended to no later than January 9, 2026; and
4. The page limits for Defendants' and Plaintiffs' moving and opposition briefs are extended to thirty (30) pages.

**IT IS SO STIPULATED.**

Dated: October 17, 2025                Respectfully submitted,

   /s/ Dustin L. Collier
Dustin L. Collier
Drew F. Teti
Susan L. Macek
**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson


Dated: October 17, 2025

/s/ Joshua Helm
Joshua Helm
**ATTORNEY FOR PLAINTIFF**
**DAVID BENSON**
Ellis Helm, APC


Dated: October 17, 2025

/s/ Sharonrose Cannistraci
Cynthia Gill Lawrence
Blaze Van Dine
Sharonrose Cannistraci
**ATTORNEYS FOR DEFENDANT**
**GUIDING HANDS SCHOOL, INC.**
Sims, Lawrence & Broghammer


Dated: October 17, 2025

/s/ Carl Fessenden
Carl Fessenden
Colin Nystrom
Jennifer L. Thompson
**Attorneys for Defendant**
**Davis Joint Unified School District**
Porter Scott

///
///

Dated: October 17, 2025

/s/ Kristen M. Caprino
Jason M. Sherman
Kristen M. Caprino
**ATTORNEY FOR DEFENDANTS**
**YOLO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA**
**YOLO COUNTY OFFICE OF EDUCATION**
Johnson Schachter & Lewis

Dated: October 17, 2025

/s/ Angelique Huttonhill
Len Garfinkel
Paul Gant
Angelique Huttonhill
**ATTORNEYS FOR DEFENDANT**
**CALIFORNIA DEPARTMENT OF EDUCATION**
California Department of Education

# ORDER

Upon review and consideration of the Parties' stipulation, and good cause appearing to extend the Rule 12 briefing schedule and page limits as stipulated, IT IS HEREBY ORDERED:

1. Defendants' deadline to file their Rule 12 motions is extended to November 10, 2025;
2. Plaintiffs' deadline to respond to the Rule 12 motions is December 22, 2025;
3. Defendants' replies to Plaintiffs' opposition is due January 9, 2025; and
4. Defendants and Plaintiffs may file moving and opposition briefs of no more than thirty (30) pages.
5. The parties are ordered to meet and confer and to consolidate briefs where feasible.
6. The parties shall file an updated joint status report pursuant to this Court's Initial Case Management Order within thirty-five (35) days after the Court's ruling on Defendants' forthcoming Rule 12 motions.

**IT IS SO ORDERED.**

Dated: October 22, 2025          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE