**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Susan L. Macek (SBN 350292)
110 East Blithedale Ave, Suite B
Mill Valley, CA 94941
T: (415) 767-0047
F: (415) 767-0037
dcollier@collierlawsf.com
smacek@collierlawsf.com

**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAX BENSON, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>                Defendants. | **Case No. 2:25-cv-00670- DJC-CSK**<br><br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT, EXTEND DEFENDANTS' TIME TO RESPOND, AND SET BRIEFING SCHEDULE FOR ANTICIPATED RULE 12 MOTIONS** |

Plaintiffs Stacia Langley and the Estate of Max Benson, and Plaintiff David Benson (collectively, "Plaintiffs"), and Defendants Guiding Hands School, Inc., California Department of Education, Davis Joint Unified School District, Yolo County Special Education Local Plan Area, and Yolo County Office of Education (collectively, "Defendants") (together, collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, this matter was previously stayed pending the prosecution of a parallel criminal case in the Superior Court of California, County of El Dorado (*see* Case No. 2:20-cv-00635-DJC-CSK, ECF Nos. 234, 294);

WHEREAS, the Court signed an Order lifting the stay in this matter on October 3, 2025, which was docketed October 6, 2025 (ECF No. 38), and this action was severed from the related cases;

WHEREAS, on October 17, 2025, the Parties filed a Joint Stipulation to Extend Time and Page Limits Related to Rule 12 Motions, which the Court approved, setting a coordinated briefing schedule for the prior round of motions to dismiss;

WHEREAS, Defendants filed motions to dismiss on November 10, 2025, which were fully briefed in accordance with the Court-approved schedule;

WHEREAS, on April 27, 2026, the Court issued an Order granting in part Defendants' motions to dismiss and providing Plaintiffs twenty-one (21) days to file an amended complaint as to the affected counts and defendants (ECF No. 57), making the current deadline May 18, 2026;

WHEREAS, counsel for the Parties have met and conferred regarding the time required for Plaintiffs to prepare an amended complaint properly responsive to the Court's rulings;

WHEREAS, the Parties agree that, given the procedural complexity of this action—including its prior consolidation with related cases, the stay during the pendency of the criminal proceedings, the eventual severance into this separate action, and the scope of

*Estate of Max Benson, et al. v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Joint Stipulation to Extend Time
Page 1

the Court's rulings on the affected counts and defendants—twenty-one (21) days is insufficient to prepare an amendment fully responsive to the Court's Order;

**WHEREAS**, the Parties have conferred and agreed that good cause exists to extend Plaintiffs' deadline to file an amended complaint by twenty-four (24) days, from May 18, 2026, to June 11, 2026;

**WHEREAS**, the Parties have further conferred and agreed that, in the interest of efficiency and to avoid serial extension requests, the Parties should set in advance a coordinated schedule for Defendants' responses to the amended complaint and for any anticipated motion practice under Federal Rule of Civil Procedure 12;

**WHEREAS**, pursuant to Local Rule 230, Plaintiffs' opposition to any motion would otherwise be due fourteen (14) days after the motion is filed, and any reply would be due ten (10) days after the opposition is filed;

**WHEREAS**, the Parties agree that good cause exists to extend these deadlines due to the number and complexity of issues anticipated to be briefed, and the need for orderly and coordinated motion practice;

**WHEREAS**, specifically, the Parties agree that Defendants shall have thirty (30) days from the filing of the amended complaint to answer or file Rule 12 motions, making the deadline July 13, 2026 (July 11, 2026, being a Saturday);

**WHEREAS**, the Parties further agree that Plaintiffs shall have thirty-five (35) days after any Rule 12 motion is filed in which to file an opposition;

**WHEREAS**, the Parties further agree that Defendants shall have fourteen (14) days after Plaintiffs' opposition is filed in which to file any reply;

**WHEREAS**, no Federal Rule of Civil Procedure 16(b) scheduling order has been issued in this action, and the requested extensions will not affect or require rescheduling of any other events in this case;

**WHEREAS**, this is the first request to extend the deadline for Plaintiffs to file an amended complaint following the April 27, 2026 Order; and

*Estate of Max Benson, et al. v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Joint Stipulation to Extend Time
Page 2

**WHEREAS**, the Parties agree that the requested extensions will not have the effect of continuing any dispositive motion deadline or trial date.

**NOW, THEREFORE**, subject to the Court's approval, it is hereby agreed and stipulated by the Parties, through their counsel of record, that:

1.    Plaintiffs' deadline to file an amended complaint is extended from May 18, 2026, to June 11, 2026;

2.    Defendants' deadline to answer or file motions under Federal Rule of Civil Procedure 12 in response to the amended complaint shall be thirty (30) days after the amended complaint is filed, making the deadline July 13, 2026;

3.    Plaintiffs' deadline to file an opposition to any Rule 12 motion shall be thirty-five (35) days after the motion is filed; and

4.    Defendants' deadline to file any reply in support of a Rule 12 motion shall be fourteen (14) days after Plaintiffs' opposition is filed.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 6, 2026                          COLLIER LAW FIRM, LLP

By:  /s/ *Susan L. Macek*
Dustin L. Collier
Susan L. Macek
Attorneys for Plaintiffs
**STACIA LANGLEY AND
THE ESTATE OF MAX BENSON**

Dated: May 6, 2026                          ELLIS HELM, APC

By: /s/ *Joshua Helm*
Joshua Helm
Attorney for Plaintiff
**DAVID BENSON**

*Estate of Max Benson, et al. v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Joint Stipulation to Extend Time
Page 3

Dated:  May 6, 2026                     SIMS, LAWRENCE & BROGHAMMER, LLP

                                        By: /s/ *Blaze Van Dine*
                                            Cynthia Gill Lawrence
                                            Sharonrose Cannistraci
                                            Blaze Van Dine
                                            Attorneys for Defendant
                                            **GUIDING HANDS SCHOOL, INC.**


Dated:  May 6, 2026                     PORTER SCOTT, APC

                                        By: /s/ *Carl L. Fessenden*
                                            Carl L. Fessenden
                                            David R. Norton
                                            Jennifer L. Thompson
                                            Colin Nystrom
                                            Attorneys for Defendant
                                            **DAVIS JOINT UNIFIED SCHOOL DISTRICT**


Dated:  May 6, 2026                     JOHNSON SCHACHTER & LEWIS, APLC

                                        By: /s/ *Jason M. Sherman*
                                            Jason M. Sherman
                                            Kristen M. Caprino
                                            Attorneys for Defendants
                                            **YOLO COUNTY OFFICE OF EDUCATION AND SPECIAL EDUCATION LOCAL PLAN AREA**


Dated:  May 6, 2026                     CALIFORNIA DEPARTMENT OF EDUCATION

                                        By: /s/ *Angelique Huttonhill*
                                            Len Garfinkel
                                            Paul Gant
                                            Angelique Huttonhill
                                            Attorneys for Defendant
                                            **CALIFORNIA DEPARTMENT OF EDUCATION**

*Estate of Max Benson, et al. v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Joint Stipulation to Extend Time
Page 4

**ORDER**

Upon review and consideration of the Parties' Joint Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

1.  Plaintiffs' deadline to file an amended complaint is extended to June 11, 2026;

2.  Defendants' deadline to answer or file motions under Federal Rule of Civil Procedure 12 in response to the amended complaint is July 13, 2026;

3.  Plaintiffs' deadline to file an opposition to any Rule 12 motion is thirty-five (35) days after the motion is filed; and

4.  Defendants' deadline to file any reply in support of a Rule 12 motion is fourteen (14) days after Plaintiffs' opposition is filed.

**IT IS SO ORDERED.**

Dated:  May 7, 2026                    /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

*Estate of Max Benson, et al. v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Joint Stipulation to Extend Time
Page 5