**COLLIER LAW FIRM, LLP**
Dustin L. Collier (SBN 264766)
Susan L. Macek (SBN 350292)
110 East Blithedale Ave, Suite B
Mill Valley, CA 94941
T:  (415) 767-0047
F:  (415) 767-0037
dcollier@collierlawsf.com
smacek@collierlawsf.com

**SEMPERVIRENS LAW LLP**
V. Joshua Socks (SBN 303443)
Elizabeth R. Malay (SBN 336745)
835 Fifth Avenue
San Rafael, CA 94901
T:  (415) 300-0584
josh@sempervirenslaw.com
liz@sempervirenslaw.com

**Attorneys for Plaintiffs**
Stacia Langley and the Estate of Max Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MAX BENSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, Inc., et al., <br><br> Defendants. | **Case No. 2:25-cv-00670- DJC-CSK** <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR UPDATED JOINT STATUS REPORT (ECF NO. 42)** |

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report

Plaintiffs Stacia Langley and the Estate of Max Benson, and Plaintiff David Benson (collectively, "Plaintiffs"), and Defendants Guiding Hands School, Inc., California Department of Education, Davis Joint Unified School District, Yolo County Special Education Local Plan Area, and Yolo County Office of Education (collectively, "Defendants") (together, collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 22, 2025, the Court entered the Parties' Joint Stipulation and Order to Extend Time and Page Limits Related to Rule 12 Motions (ECF No. 42);

WHEREAS that Order directs the Parties to file an updated joint status report, pursuant to the Court's Initial Case Management Order, within thirty-five (35) days after the Court's ruling on Defendants' then-forthcoming Rule 12 motions (ECF No. 42 at 6, ¶ 6);

WHEREAS, on April 27, 2026, the Court entered its Order granting in part Defendants' Rule 12 motions with leave to amend (ECF No. 57);

WHEREAS, accordingly, the deadline for the Parties to file an updated joint status report is currently June 1, 2026;

WHEREAS, on May 6, 2026, the Parties filed a Joint Stipulation to Extend Time to File Amended Complaint, Extend Defendants' Time to Respond, and Set Briefing Schedule for Anticipated Rule 12 Motions, which did not address the joint status report deadline;

WHEREAS, on May 7, 2026, the Court entered an Order approving that stipulation (ECF No. 60);

WHEREAS, an updated joint status report filed on June 1, 2026, would describe a case posture that will substantially change upon the filing of the Fifth Amended Complaint on June 11, 2026, and during the Rule 12 motion practice anticipated to follow;

WHEREAS, the Parties agree that an updated joint status report will better serve its purpose of informing the Court's pretrial scheduling determinations if filed after the

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report
Page 1

Court has ruled on the next round of Rule 12 motions, when the operative pleading and surviving claims will be settled;

**WHEREAS**, the Parties have conferred and agreed that good cause exists, in the interest of procedural economy and consistent with the approach already approved in ECF No. 60, to align the joint status report deadline with the next ruling on Rule 12 motions;

**WHEREAS**, this is the first request to modify the joint status report deadline set forth in ECF No. 42 at 6, ¶ 6; and

**WHEREAS**, the requested extension will not affect or require rescheduling of any other events in this case.

**NOW, THEREFORE**, subject to the Court's approval, it is hereby agreed and stipulated by the Parties, through their counsel of record, that:

1. The deadline set forth in ECF No. 42 at 6, ¶ 6, for the Parties to file an updated joint status report pursuant to this Court's Initial Case Management Order is extended to thirty-five (35) days after the Court's ruling on any Rule 12 motion(s) filed in response to Plaintiffs' Fifth Amended Complaint, or, if no Rule 12 motion is filed, thirty-five (35) days after the deadline for Defendants to answer the Fifth Amended Complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 20, 2026                    COLLIER LAW FIRM, LLP

By:  /s/ *Dustin Collier*_____
Dustin L. Collier
Susan L. Macek
Attorneys for Plaintiffs
**STACIA LANGLEY AND
THE ESTATE OF MAX BENSON**

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report
Page 2

Dated:  May 20, 2026                    SEMPERVIRENS LAW LLP

                                        By: */s/ V. Joshua Socks*
                                        V. Joshua Socks
                                        Elizabeth R. Malay
                                        **ATTORNEYS FOR PLAINTIFFS
                                        STACIA LANGLEY AND
                                        THE ESTATE OF MAX BENSON**

Dated: May 20, 2026                     ELLIS HELM, APC

                                        By: */s/ Joshua Helm*
                                        Joshua Helm
                                        Attorney for Plaintiff
                                        **DAVID BENSON**

Dated:  May 20, 2026                    SIMS, LAWRENCE & BROGHAMMER, LLP

                                        By: */s/ Sharonrose Cannistraci*
                                        Cynthia Gill Lawrence
                                        Sharonrose Cannistraci
                                        Blaze Van Dine
                                        Attorneys for Defendant
                                        **GUIDING HANDS SCHOOL, INC.**

Dated:  May 20, 2026                    PORTER SCOTT, APC

                                        By: */s/ Carl Fessenden*
                                        Carl L. Fessenden
                                        David R. Norton
                                        Jennifer L. Thompson
                                        Colin Nystrom
                                        Attorneys for Defendant
                                        **DAVIS JOINT UNIFIED SCHOOL DISTRICT**

Dated:  May 20, 2026                    JOHNSON SCHACHTER & LEWIS, APLC

                                        By: */s/ Jason M. Sherman*
                                        Jason M. Sherman
                                        Kristen M. Caprino
                                        Attorneys for Defendants
                                        **YOLO COUNTY OFFICE OF EDUCATION AND
                                        SPECIAL EDUCATION LOCAL PLAN AREA**

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report
Page 3

Dated:  May 20, 2026                    CALIFORNIA DEPARTMENT OF EDUCATION

                                        By: /s/ *Angelique Huttonhill*
                                            Len Garfinkel
                                            Paul Gant
                                            Angelique Huttonhill
                                            Attorneys for Defendant
                                            **CALIFORNIA DEPARTMENT OF EDUCATION**

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report
Page 4

# ORDER

Upon review and consideration of the Parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The deadline set forth in ECF No. 42 at 6, ¶ 6, for the Parties to file an updated joint status report pursuant to this Court's Initial Case Management Order is extended to thirty-five (35) days after the Court's ruling on any Rule 12 motion(s) filed in response to Plaintiffs' Fifth Amended Complaint, or, if no Rule 12 motion is filed, thirty-five (35) days after the deadline for Defendants to answer the Fifth Amended Complaint.

**IT IS SO ORDERED.**

Dated:  May 20, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

*Estate of Max Benson, et al., v. Guiding Hands School, Inc., et al.*
Case No. 2:25-cv-00670-DJC-CSK, Stipulation and Order to
Extend Deadline for Updated Joint Status Report
Page 5