JASON M. SHERMAN, ESQ. (SBN 245190)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: jason@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANTS:
YOLO COUNTY OFFICE OF EDUCATION and YOLO COUNTY SELPA

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACIA LANGLEY, ESTATE OF MAX BENSON, and DAVID BENSON<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, INC., et al.<br><br>Defendants. | **CASE NO. 2:25-cv-00670-DJC-CSK**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PAGE LIMITS RELATED TO RULE 12 MOTIONS TO PLAINTIFFS' FIFTH AMENDED COMPLAINT**<br><br>Matter Severed: February 26, 2025<br>Trial Date: None Set |

Plaintiffs Stacia Langley and the Estate of Max Benson, and Plaintiff David Benson (collectively, "Plaintiffs"), and Defendants Guiding Hands Schools, Inc., California Department of Education, Davis Joint Unified School District, Yolo County Special Education Local Plan Area, and Yolo County Office of Education (collectively, "Defendants") (together, collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Defendants previously filed Rule 12 motions as to Plaintiffs' Fourth Amended Complaint, and prior to doing so, the Parties agreed to (and the Court granted) an extension of the page limitations up to five (5) additional pages for moving and opposition briefs (see ECF No. 42);

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**WHEREAS**, Plaintiffs filed a Fifth Amended Complaint consisting of approximately thirty-one (31) additional pages of allegations (ECF No. 63);

**WHEREAS**, Defendants intend to file Rule 12 motions as to Plaintiffs' Fifth Amended Complaint;

**WHEREAS,** the Court's Standing Order in Civil Cases permits twenty-five (25) pages for moving and opposition briefs;

**WHEREAS,** the Parties agree that good cause exists to request an extension of page limits given the number and complexity of issues to be briefed;

**WHEREAS**, the Parties jointly request that the page limits for both Defendants' moving briefs and for Plaintiffs' responses again be extended by five (5) pages to thirty (30) pages total;

**NOW, THEREFORE**, subject to the Court's approval, it is hereby agreed and stipulated by the Parties, through their counsel of record, that the page limits for Defendants' and Plaintiffs' moving and opposition briefs are extended to thirty (30) pages.

**IT IS SO STIPULATED.**

Dated: July 8, 2026

*<u>/s/ Susan Macek (auth. 7/8/26)</u>*
Dustin L. Collier
Susan Macek
V. Joshua Socks
Elizabeth Malay
**ATTORNEYS FOR PLAINTIFFS**
Stacia Langley and the Estate of Max Benson

Dated: July 7, 2026

*<u>/s/ Joshua Helm (auth. 7/7/26)</u>*
Joshua Helm
**ATTORNEY FOR PLAINTIFF DAVID BENSON**
Ellis Helm, APC

Dated: July 8, 2026

*<u>/s/ Sharonrose Cannistraci (auth. 7/8/26)</u>*
Cynthia Gill Lawrence
Blaze Van Dine
Sharonrose Cannistraci
**ATTORNEYS FOR DEFENDANT GUIDING HANDS SCHOOL, INC.**
Sims, Lawrence & Broghammer

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Dated: July 8, 2026

*/s/ Carl Fessenden (auth. 7/8/26)*
Carl Fessenden
Colin Nystrom
Jennifer L. Thompson
**Attorneys for Defendant**
**Davis Joint Unified School District**
Porter Scott

Dated: July 8, 2026

*/s/ Angelique Huttonhill (auth. 7/8/26)*
Len Garfinkel
Paul Gant
Angelique Huttonhill
**ATTORNEYS FOR DEFENDANT**
**CALIFORNIA DEPARTMENT OF EDUCATION**
California Department of Education

Dated: July 8, 2026

*/s/ Kristen M. Caprino*
Jason M. Sherman
Kristen M. Caprino
**ATTORNEY FOR DEFENDANTS**
**YOLO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA AND YOLO COUNTY OFFICE OF EDUCATION**
Johnson Schachter & Lewis

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**ORDER**

Upon review and consideration of the Parties' stipulation, and good cause appearing IT IS HEREBY ORDERED that Defendants and Plaintiffs may file moving and opposition briefs of no more than thirty pages for Rule 12 motions to Plaintiffs' Fifth Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE